# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MATTHEW VINCENT SALINAS,<br><br>   Plaintiff,<br><br>   vs.<br><br>MIMS, et al.,<br><br>   Defendants. | ) 1:12cv001198 AWI DLB PC<br>)<br>)<br>) ORDER ADOPTING FINDINGS<br>) AND RECOMMENDATIONS AND<br>) DISMISSING CERTAIN CLAIMS AND<br>) DEFENDANTS<br>)<br>) (Document 12)<br>) |

Plaintiff Matthew Vincent Salinas ("Plaintiff") is a former prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed his First Amended Complaint on October 9, 2012.

On May 30, 2013, the Magistrate Judge issued Findings and Recommendations to dismiss certain claims and Defendants. The Magistrate Judge also found that this action should proceed against Defendant Than Aw for deliberate indifference to a serious medical need, in violation of the Eighth Amendment. The Findings and Recommendations were served on Plaintiff and contained notice to the parties that any objections to the Findings and Recommendations were to be filed within fourteen days. Plaintiff did not file objections.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed May 30, 2013, are ADOPTED in full;
2. This action SHALL PROCEED against Defendant Than Aw for deliberate indifference to a serious medical need in violation of the Eighth Amendment; and
3. All other claims and Defendants are DISMISSED for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED.

Dated:   August 1, 2013                                       _____
                                                                                    SENIOR   DISTRICT   JUDGE

2