# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW VINCENT SALINAS, | Case No. 1:12-cv-01198-AWI-SAB (PC) |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO SHOW CAUSE WITHIN THIRTY DAYS WHY THIS ACTION SHOULD NOT BE DISMISSED FOR PLAINTIFF'S FAILURE TO OBEY A COURT ORDER |
| v. | |
| MARGARET MIMS, | |
| Defendants. | (ECF No. 13) |

Plaintiff Matthew Vincent Salinas ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on July 23, 2012. On August 1, 2013, the Court issued an order finding service of complaint appropriate and forwarding service documents to Plaintiff for completion and return within thirty days. (ECF No. 13.) Plaintiff was warned that the failure to comply with the order would result in a recommendation that this action be dismissed. More than thirty days has passed and Plaintiff has not complied with or otherwise responded to the order.

Accordingly, it is HEREBY ORDERED that:

1. Within **thirty (30) days** from the date of service of this order, Plaintiff shall show cause why this action should not be dismissed for failure to obey a court order; and

2. The failure to respond to this order or the failure to show cause will result

1

in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated: __**October 27, 2013**__     _____/s/ *Dennis L. Beck*
                                        UNITED STATES MAGISTRATE JUDGE